# ALTER & BARBARO, ESQS.

| *New Jersey Office* | *New York Office* | *Florida Office* |
|---|---|---|
| 590 Palisade Avenue | **26 Court Street, Suite 1812** | 1234 East Concord Street |
| Jersey City, New Jersey 07307 | **Brooklyn, New York 11242** | Orlando, Florida 32803 |
| Tel: (201) 920-3462 | **Tel: (718) 237-0880** | Tel: (407) 897-0880 |
| Fax: (201) 763-7675 | **Fax: (718) 237-0888** | Fax: (407) 897-8558 |

September 5, 2019

Gennedy Litvin, Esq.
LAW OFFICES OF YURIY MOSHES
517 Brighton Beach Ave., 2nd Floor
Brooklyn, NEW York 11235

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   SEP 12 2019   ★

BROOKLYN OFFICE

Re:   ***Christian, et al. v. Metropolitan Specialty Labs, Inc., et ano***
      17-CV-4721(FB)(RLM)

Dear Gennedy:

As per the Court's Rules, enclosed please find our motion pursuant to FRCP Rule 59(e) seeking to alter or ament the Judgment as follows:

a.   Eliminating the finding of underpayment to the Defendant Christian for the period of October22, 2012 through January 2, 2014 on the grounds that evidence showed that Plaintiff Christian was laid off and thereafter worked on a *per diem* basis during that period;

b.   Eliminating the finding that all awards to the Plaintiff Christian after January 1, 2016 and to the Plaintiff Mahendran after July 18, 2018, on the grounds that they became Supervisors and were then exempt for the provisions of the FSLA.

c.   Deleting or reducing the recovery of Attorney's Fees on the grounds that an award of attorney's fees should not be granted for severable unsuccessful claims brought by the Plaintiffs.

The papers being served are the Notice of Motion, the Declaration of Stephen V. Barbaro, in support, and the Exhibits.

# ALTER & BARBARO, ESQS.

*Letter to Gennedy Litvin, Esq.*
*September 5, 2019*
*Page 2 of 2*

       Thank you for your consideration herein.

                            Very truly yours,

                            ALTER & BARBARO, ESQS.

By:_____
                        STEPHEN BARBARO

Enclosure (1)
Cc:   Hon. Frederick Block, J.